## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| Juliusz Warszawa | : |
| Elizabeth Warszawa | : |
| Debtors | : Bankruptcy No. 19-16485 AMC |

## CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtors' Amended Chapter 13 Plan sent on January 6, 2020, by electronic notification and United States First Class Mail to the Office of the Trustee, and all secured and priority creditors using the addresses listed in the claims register.

　　　　　　　　　　　　　　　　　　　　　　\s\ Michael Schwartz
　　　　　　　　　　　　　　　　　　　　　　**MICHAEL SCHWARTZ, ESQUIRE**
　　　　　　　　　　　　　　　　　　　　　　**Attorney for Debtors**