```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                              Case No. 19-16485-amc
Juliusz Warszawa                                                    Chapter 13
Elizabeth Warszawa
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Randi              Page 1 of 2          Date Rcvd: Feb 18, 2020
                              Form ID: 152             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
db/jdb         +Juliusz Warszawa,    Elizabeth Warszawa,    129 Bonnie Lark Court,    Chalfont, PA 18914-3952
14410794       +CSMC 2018-SP3 Trust,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14406026       +Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,   St Louis, MO 63179-0034
14406027       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
14406028        Citizens Bank,    PO Box 42008,    Providence, RI 02940-2008
14417142       +Citizens Bank N.A.,    One Citizens Bank Way Mailstop: JCA115,    Johnston, RI 02919-1922
14406031       +Santander Bank,    Attn: Bankruptcy,    10-64-38-Fd7   601 Penn St,   Reading, PA 19601-3563
14406033       +Sunrise Credit Services, Inc.,    Attn: Bankruptcy,    260 Airport Plaza,
                 Farmingdale, NY 11735-4021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 18 2020 18:17:28     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 18 2020 18:16:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 18 2020 18:17:18      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
14406023        E-mail/Text: membersolutions@ardentcu.org Feb 18 2020 18:15:44     Ardent Federal Credit,
                 1500 Spring Garden St.,    Suite 500,    Phila., PA 19130
14406024        E-mail/Text: bankruptcy@bbandt.com Feb 18 2020 18:16:45      Bb&T,   Attn: Bankruptcy,
                 Po Box 1847,    Wilson, NC 27894
14443384        E-mail/Text: jennifer.chacon@spservicing.com Feb 18 2020 18:17:44     CSMC 2018-SP3 Trust,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14406025       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 18 2020 18:18:51      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14420634        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 18 2020 18:18:13
                 Capital One Bank (USA), N.A.,    PO BOX 71083,   Charlotte NC 28272-1083
14419885       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2020 18:18:39
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14406029        E-mail/Text: mrdiscen@discover.com Feb 18 2020 18:16:40      Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,   Wilmington, DE 19850
14410994        E-mail/Text: mrdiscen@discover.com Feb 18 2020 18:16:40      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
14406030        E-mail/Text: cio.bncmail@irs.gov Feb 18 2020 18:16:44      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
14441235        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 18 2020 18:17:15     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
14441405        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 18 2020 18:18:18      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14406032       +E-mail/Text: jennifer.chacon@spservicing.com Feb 18 2020 18:17:44
                 Select Portfolio Servicing, Inc,    Attn: Bankruptcy,   Po Box 65250,
                 Salt Lake City, UT 84165-0250
14406034       +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2020 18:18:13      Syncb/hhgreg,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14406035       +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2020 18:18:51      Synchrony Bank,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Randi                    Page 2 of 2           Date Rcvd: Feb 18, 2020
                              Form ID: 152                   Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2020 at the address(es) listed below:

```
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    CSMC 2018-SP3 Trust bkgroup@kmllawgroup.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Juliusz  Warszawa msbankruptcy@verizon.net,
               schwartzmr87357@notify.bestcase.com
              MICHAEL SETH SCHWARTZ    on behalf of Joint Debtor Elizabeth  Warszawa msbankruptcy@verizon.net,
               schwartzmr87357@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Juliusz Warszawa and Elizabeth Warszawa

    Debtor(s)                       Case No: 19−16485−amc

                                                   Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 4/28/20 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

                                           For The Court

                                           Timothy B. McGrath
                                           Clerk of Court