**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | **Juliusz Warszawa** | : | **Chapter 13** |
|---|---|---|---|
| | **Elizabeth Warszawa** | : | **Bankruptcy No.** |
| | | : | **19-16485 AMC** |

## CERTIFICATE OF SERVICE

I, **MICHAEL S. SCHWARTZ, ESQUIRE,** hereby certify that I sent the attached motion for Approval of Compensation (Application for compensation) on April 27, 2020 via electronic notification and/or United States First Class Mail to the Trustee and all interested parties, including secured creditors, priority creditors, and Debtor, using the addresses listed on the claims register.

Respectfully Submitted,

\s\ Michael S. Schwartz
**MICHAEL S. SCHWARTZ, ESQUIRE**
Attorney for Debtor