**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **Juliusz Warszawa** | : | Chapter 13 |
| | **Elizabeth Warszawa** | : | Bankruptcy No. |
| | | : | **19-16485 AMC** |

**ORDER**

      **AND NOW,** this _____ day of _____, 2020, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded $4,250.00 as the total legal fee for services performed and expenses incurred for essential bankruptcy services. Trustee is authorized to pay the unpaid balance thereof, the sum of $2,610.00 from the estate to the extent provided by the confirmed Plan.

**Date: May 19, 2020**

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge