United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Juliusz Warszawa  
Elizabeth Warszawa  
      Debtors

Case No. 19-16485-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi      Page 1 of 1      Date Rcvd: May 19, 2020  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2020.  
db/jdb        +Juliusz Warszawa,    Elizabeth Warszawa,    129 Bonnie Lark Court,    Chalfont, PA 18914-3952

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2020 at the address(es) listed below:  
         JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com  
         KEVIN G. MCDONALD    on behalf of Creditor    CSMC 2018-SP3 Trust bkgroup@kmllawgroup.com  
         MICHAEL SETH SCHWARTZ    on behalf of Debtor Juliusz   Warszawa msbankruptcy@verizon.net, schwartzmr87357@notify.bestcase.com  
         MICHAEL SETH SCHWARTZ    on behalf of Joint Debtor Elizabeth   Warszawa msbankruptcy@verizon.net, schwartzmr87357@notify.bestcase.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                           TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **Juliusz Warszawa** | : | **Chapter 13** |
| | **Elizabeth Warszawa** | : | **Bankruptcy No.** |
| | | : | **19-16485 AMC** |

## ORDER

**AND NOW,** this _____ day of _____, 2020, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded $4,250.00 as the total legal fee for services performed and expenses incurred for essential bankruptcy services. Trustee is authorized to pay the unpaid balance thereof, the sum of $2,610.00 from the estate to the extent provided by the confirmed Plan.

**Date: May 19, 2020**

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge