Certificate Number: 15317-PAE-DE-038346606

Bankruptcy Case Number: 19-16485



15317-PAE-DE-038346606

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 4, 2024</u>, at <u>4:37</u> o'clock <u>AM PDT</u>, <u>Juliusz Warszawa</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 4, 2024</u>         By:   <u>/s/Christel Raz</u>

                                  Name:  <u>Christel Raz</u>

                                  Title: <u>Counselor</u>