Certificate of Notice   Page 1 of 4

United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-16485-pmm
Juliusz Warszawa     Chapter 13
Elizabeth Warszawa
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Nov 18, 2024     Form ID: 138OBJ     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Juliusz Warszawa, Elizabeth Warszawa, 129 Bonnie Lark Court, Chalfont, PA 18914-3952 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 19 2024 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 19 2024 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14406023 | | Email/Text: membersolutions@ardentcu.org | Nov 19 2024 00:18:00 | Ardent Federal Credit, 1500 Spring Garden St., Suite 500, Phila., PA 19130 |
| 14406024 | | Email/Text: bankruptcy@bbandt.com | Nov 19 2024 00:18:00 | Bb&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 14406028 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 19 2024 00:18:00 | Citizens Bank, PO Box 42008, Providence, RI 02940-2008 |
| 14417142 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 19 2024 00:18:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop: JCA115, Johnston, RI 02919 |
| 14443384 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 19 2024 00:18:00 | CSMC 2018-SP3 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14410794 | ^ | MEBN | Nov 19 2024 00:08:01 | CSMC 2018-SP3 Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14406025 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2024 00:19:25 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14420634 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2024 00:19:19 | Capital One Bank (USA), N.A., PO BOX 71083, Charlotte NC 28272-1083 |
| 14419885 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 19 2024 00:19:19 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14406026 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2024 00:19:50 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14406027 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2024 00:19:27 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14406029 | | Email/Text: mrdiscen@discover.com | Nov 19 2024 00:18:00 | Discover Financial, Attn: Bankruptcy Department, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2024 | Form ID: 138OBJ | Total Noticed: 24 |

| | | | |
|---|---|---|---|
| | | | Po Box 15316, Wilmington, DE 19850 |
| 14410994 | Email/Text: mrdiscen@discover.com | Nov 19 2024 00:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14406030 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 19 2024 00:18:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14441235 | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 19 2024 00:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14441405 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2024 00:18:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14406031 | + Email/Text: DeftBkr@santander.us | Nov 19 2024 00:18:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 14406032 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 19 2024 00:18:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14406033 | + Email/Text: bankruptcy@sunrisecreditservices.com | Nov 19 2024 00:18:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 14406034 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 19 2024 00:19:19 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14406035 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 19 2024 00:45:59 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2024                              Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor CSMC 2018-SP3 Trust bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor CSMC 2018-SP3 Trust bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 18, 2024 | Form ID: 138OBJ | Total Noticed: 24 |

MICHAEL SETH SCHWARTZ

on behalf of Debtor Juliusz Warszawa msbankruptcy@gmail.com schwartzmr87357@notify.bestcase.com

MICHAEL SETH SCHWARTZ

on behalf of Joint Debtor Elizabeth Warszawa msbankruptcy@gmail.com schwartzmr87357@notify.bestcase.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

Case 19-16485-pmm    Doc 44    Filed 11/20/24    Entered 11/21/24 00:39:55    Desc Imaged
Certificate of Notice    Page 3 of 4

*Form 138OBJ* (6/24)−doc 41 − 36

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Juliusz Warszawa | ) | Case No. 19−16485−pmm |
| | ) | |
| | ) | |
|   Elizabeth Warszawa | ) | Chapter: 13 |
| | ) | |
|   Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 18, 2024                                                                                    For The Court

Timothy B. McGrath
Clerk of Court