

February 14, 2023

LIUSZ M WARSZAWA
ELIZABETH WARSZAWA
129 BONNIE LARK CT
CHALFONT, PA 18914

**Account Number:** ▇▇▇▇▇▇
**Property Address:** 129 BONNIE LARK CT
CHALFONT, PA 18914

RE: **Important notice regarding your Annual Escrow Account Disclosure Statement and your new escrow payment amount**

**This statement is for informational purposes only**

Dear Customer(s):

SPS reviewed your escrow account to determine your new monthly escrow payment. Following are the answers to the most common questions we receive about the escrow account and the details related to the analysis.

1. **What is the amount of my new monthly payment?**
   The table below shows your new monthly payment, including any escrow changes from this new analysis statement.

| Table 1 | Current Payment (As of last analysis) | New Payment (as of 06/01/2023) | Change |
|---|---|---|---|
| **Principal and Interest** | | $617.29 | |
| **Regular Escrow Payment** | $423.94 | $429.04 | $5.10 |
| **Monthly Shortage Payment** | $30.66 | $13.60 | $-17.06 |
| **Total Payment** | | $1,059.93 | $-11.96 |

Since you are in active bankruptcy, your new payment amount shown above is the post-petition payment amount due.

2. **Why did the escrow portion of my payment change?**
   There are three main reasons why your escrow account payment may change from year to year.

   A. **Regular Escrow Payments** - Changes occur based on differences between the expected property tax or insurance payments for the prior year and the expected property tax or insurance payments for the current year. Table 2 shows those differences and any resulting monthly shortage change, which is explained in section C.

| Table 2 | Prior Year Estimated Disbursements (As of last analysis) | Current Year Estimated Disbursements (as of 06/01/2023) | Change |
|---|---|---|---|
| Tax Disbursements | $4,110.20 | $4,110.37 | $0.17 |
| Hazard Insurance Disbursements | $977.00 | $1,038.00 | $61.00 |
| **Total Annual Escrow Disbursements** | $5,087.20 | $5,148.37 | $61.17 |
| Monthly Escrow Payment | $423.94 | $429.04 | $5.10 |
| Monthly Shortage Payment | $30.66 | $13.60 | $-17.06 |

See reverse side

B. **Escrow Reserve Requirements** – RESPA/Federal law allows lenders to maintain a maximum of two months reserve in your escrow account, commonly referred to as a cushion. However, based on state, investor, or modification requirements your cushion requirement may be less than the Federal requirement. Your account has a monthly reserve requirement of 0 months.

C. **Escrow Shortage** – The actual beginning balance on your account in Tables 3 and 4 is $2,259.01. According to the projections shown in Tables 3 and 4, your required beginning balance should be $2,422.23.

Please be advised that this is not an attempt to collect any pre-petition debt, which we have previously claimed on the Proof of Claim. Any shortages used to calculate this analysis do not include any unpaid taxes and/or insurance that we previously filed in the Proof of Claim. In Table 1, the "Regular Escrow Payments" row shows the full escrow payment required, including all escrow elements and the "Monthly Shortage Payment" row shows the current amount of monthly shortage which is the amount to be collected towards the shortage. In Table 2, the "Monthly Escrow Payment" row shows only the escrow elements without any overage/shortage amounts and the "Monthly Shortage Payment" row shows the current amount of monthly shortage which is the amount to be collected towards the shortage.

Your unpaid pre-petition escrow amount is $0.00. This amount has been removed from the projected starting balance.

Your total shortage is $163.22, which is determined by subtracting your required beginning escrow account balance from your actual beginning escrow account balance. $2,422.23 - $2,259.01 = $163.22. We will collect the total amount over 12 months at $13.60 per payment.

Table 3 below shows a detailed history of your escrow account transactions since your last analysis. An asterisk (*) indicates a difference from a previous estimate in either the date or the amount. The letter E beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown prior to the effective date of this new analysis. Please note, if the payment or disbursement month shown in table 3 is the same month of this completed analysis and there is an asterisk (*) or the letter E next to the amount, the disbursement or amount may have already occurred by the time you receive this analysis statement and the actual amount may differ from the amount reflected below.

**Table 3**

| Month | Description | Payments | | Disbursements | | Total Balance |
|---|---|---|---|---|---|---|
| | | Estimate | Actual | Estimate | Actual | |
| History | Beginning Balance | | | | | $2,861.38 |
| August 2022 | SCHOOL TAX | 423.94 | 454.60 * | 3,100.22 | 3,100.39 * | 215.59 |
| September 2022 | HAZARD INS | 423.94 | 454.60 * | 977.00 | 1,038.00 * | -367.81 |
| October 2022 | | 423.94 | 454.60 * | 0.00 | 0.00 | 86.79 |
| November 2022 | | 423.94 | 454.60 * | 0.00 | 0.00 | 541.39 |
| December 2022 | | 423.94 | 454.60 * | 0.00 | 0.00 | 995.99 |
| January 2023 | | 423.94 | 454.60 * | 0.00 | 0.00 | 1,450.59 |
| February 2023 | | 423.94 | 454.60 * | 0.00 | 0.00 | 1,905.19 |
| March 2023 | | 423.94 | 454.60 E | 0.00 | 0.00 E | 2,359.79 |
| April 2023 | CITY TAX | 423.94 | 454.60 E | 1,009.98 | 1,009.98 E | 1,804.41 |
| May 2023 | | 423.94 | 454.60 E | 0.00 | 0.00 E | 2,259.01 |

Table 4 below shows a detailed projection of future estimated escrow activity of your escrow account transactions since your last analysis as well as a projection of future escrow activity. The double asterisk (**) next to the required balance indicates the lowest projected balance in the analysis. This low balance is used to determine the surplus or shortage in your escrow account at the time of this analysis.

**Table 4**

| Month | Description | Payments Estimate | Disbursements Estimate | Beginning Balance | Required Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | $2,259.01 | $2,422.23 |
| June 2023 | | 429.04 | 0.00 | 2,688.05 | 2,851.27 |
| July 2023 | | 429.04 | 0.00 | 3,117.09 | 3,280.31 |
| August 2023 | SCHOOL TAX | 429.04 | 3,100.39 | 445.74 | 608.96 |
| September 2023 | HAZARD INS | 429.04 | 1,038.00 | -163.22 | 0.00** |
| October 2023 | | 429.04 | 0.00 | 265.82 | 429.04 |
| November 2023 | | 429.04 | 0.00 | 694.86 | 858.08 |
| December 2023 | | 429.04 | 0.00 | 1,123.90 | 1,287.12 |
| January 2024 | | 429.04 | 0.00 | 1,552.94 | 1,716.16 |
| February 2024 | | 429.04 | 0.00 | 1,981.98 | 2,145.20 |
| March 2024 | | 429.04 | 0.00 | 2,411.02 | 2,574.24 |
| April 2024 | CITY TAX | 429.04 | 1,009.98 | 1,830.08 | 1,993.30 |
| May 2024 | | 429.04 | 0.00 | 2,259.12 | 2,422.34 |

If you wish to send a written inquiry about your account or dispute any of the information on this statement, please send it to the address listed below for Notice of Error/Information Request. If you send your Notice of Error/Information Request to any other address, it may not be processed in accordance with the guidelines established by the Real Estate Settlement Procedures Act (RESPA).

**Important Mailing Addresses:**

| General Correspondence | Payment Remittance | Notice of Error/Information Request |
|---|---|---|
| PO Box 65250 Salt Lake City, UT 84165-0250 | PO Box 65450 Salt Lake City, UT 84165-0450 | PO Box 65277 Salt Lake City, UT 84165-0277 |

If your account is set up on a monthly automatic withdrawal payment option, your monthly payment withdrawal amount will be updated according to the adjusted payment above once the escrow analysis becomes effective. If you have any questions or concerns, please contact our Customer Service Department. Our toll-free number is 800-258-8602 and representatives are available Monday through Friday between the hours of 8 a.m. and 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time. You may also visit our website at www.spservicing.com.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

See reverse side

## This section is left intentionally blank

- - - - - - - - - - - - - - - - - - - - - - - Cut along dotted line - - - - - - - - - - - - - - - - - - - - - - -

**PAYMENT COUPON ON BACK**
**HAS YOUR ADDRESS CHANGED?** IF SO, PLEASE COMPLETE THIS FORM

Mailing Address:_____

City _____  State _____  Zip _____

Home Phone _____  Business Phone _____

Account Number(s): ▮▮▮▮▮

**All Borrowers' Signatures Required For Address Change**

_____          _____
Borrower's Signature                              Co-Borrower's Signature

**This section is left intentionally blank**

- - - - - - - - - - - - - - - - - - - - - - - Cut along dotted line - - - - - - - - - - - - - - - - - - - - - - -

Pursuant to the escrow analysis above, SPS will be increasing the monthly payment by $13.60 to collect for the escrow shortage.

If you would like to make a payment towards your escrow account, you may submit your payment online by visiting www.spservicing.com or by using this payment coupon.

SELECT PORTFOLIO SERVICING, INC.
P.O. BOX 65450
SALT LAKE CITY, UT 84165-0450

**Escrow Payment Coupon**

Select Portfolio Servicing, Inc.
JULIUSZ M WARSZAWA
M ELIZABETH WARSZAWA
129 BONNIE LARK CT,
CHALFONT, PA 18914
Account No: ███

Total Amount Enclosed: _____