# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Juliusz Warszawa**<br>**Elizabeth Warszawa**<br><br>**Debtor(s)**<br><br>**CSMC 2018-SP3 Trust**<br><br>**Movant**<br>vs.<br><br>**Juliusz Warszawa**<br>**Elizabeth Warszawa**<br><br>**Debtor(s)**<br><br>**Kenneth E. West Esq.**,<br><br>**Trustee** | **BK NO. 19-16485 PMM**<br><br>**Chapter 13**<br><br>**Related to Claim No. 12-2** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>May 3, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Elizabeth Warszawa
129 Bonnie Lark Court
Chalfont, PA 18914

Juliusz Warszawa
129 Bonnie Lark Court
Chalfont, PA 18914

<u>Attorney for Debtor(s) (via ECF)</u>
Michael Seth Schwartz, Esq.
Law Office of Michael Schwartz
707 Lakeside Office Park
Southampton, PA 18966

<u>Trustee (via ECF)</u>
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first-class mail

Dated: <u>May 3, 2023</u>

                                                                                      */s/ Michael P. Farrington*
                                                                                      Michael P. Farrington Esq.
                                                                                      Attorney I.D. 329636
                                                                                      KML Law Group, P.C.
                                                                                      BNY Mellon Independence Center
                                                                                      701 Market Street, Suite 5000
                                                                                      Philadelphia, PA 19106
                                                                                      (215) 825-6488
                                                                                      mfarrington@kmllawgroup.com